

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-16-00443-CV**

| | | |
|---|---|---|
| Ernest Shard Lee | § | From the 96th District Court |
| | § | of Tarrant County (096-281338-15) |
| v. | § | March 8, 2018 |
| | § | Opinion by Justice Kerr |
| Josue Carmona | § | Dissent by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Ernest Shard Lee shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr